| | | | |
|---|---|---|---|
| Oley Valley Development, Inc. v. Berks County Bd. of Assessment Appeals | 03/08/2016 | 734–736 MAL (2015) | Denied | Pa.Cmwlth., 122 A.3d 510 |